IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re GEORGE HAMILTON,

No. C 13-03370 YGR (PR)

**ORDER OF TRANSFER**

/

This action was opened on July 18, 2013, when the Court received from Inmate George Hamilton a letter to the Honorable Thelton E. Henderson that concerned prison conditions.

On the same date, the Clerk of the Court notified Plaintiff in writing that his action was deficient in that he had not submitted his complaint on a proper complaint form and had not submitted an *in forma pauperis* application. The Clerk further notified him that this action would be dismissed he if did not submit a complaint on the proper form and a completed *in forma pauperis* application within twenty-eight days.

Further review of Plaintiff's case reveals that, in addition to failing to submit the proper documents, he has also initiated his civil action in the wrong judicial district. Plaintiff's letter states that he is currently incarcerated at Kern Valley State Prison (KVSP) in Delano, California. He alleges that the prison staff at KVSP have participated in a "pattern of racketeering activity," which has led to an "extremely dangerous and stressful prison environment." (July 18, 2013 Letter at 1.)

KVSP is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer the case forthwith.

If he wishes to further pursue this action, Plaintiff must complete the complaint form and *in forma pauperis* application required by the United States District Court for the Eastern District of California and mail them to that district.

1    The Court further notes that Plaintiff originally filed a "Motion Requesting to Withdraw from
2 Action" (docket no. 5), in which he stated that he did not wish to initiate a civil action by filing the
3 July 18, 2013 letter.  However, on August 8, 2013, Plaintiff filed another motion requesting the
4 Court to "liberally construe" the aforementioned motion to withdraw as a "motion for an extension
5 of time in order to discuss litigation with all interested class-action member(s) and file[] a class-
6 action civil action . . . ."  (Docket No. 7.)  Because this action is being transferred, this Court will not
7 rule on the aforementioned motions.  Instead, all motions are TERMINATED on this Court's docket
8 as no longer pending in this district.

9    IT IS SO ORDERED.

10 DATED: September 10, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**